■ In the Matter of M. D. LUNDIN Co., INC., Appellant, v BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent.—Judgment, Supreme Court, New York County, entered on June 15, 1977, unanimously affirmed for the reasons stated by Helman, J., at Special Term, without costs and without disbursements. Concur—Lupiano, J. P., Birns, Evans, Lane and Sullivan, JJ.

■ DAN S. TAGGER et al., Appellants, v BERNARD S. GROSS, Respondent. BERNARD GROSS et al., Respondents, v DAN TAGGER et al., Appellants.— Order, Supreme Court, New York County, entered on July 8, 1977, unanimously affirmed. Respondents shall recover of appellants $40 costs and disbursements of this appeal. Appellants' time for compliance with the order appealed from is extended 20 days after service by the respondents upon the appellants of a copy of the order of this court, with notice of entry. No opinion. Concur—Silverman, J. P., Lane, Yesawich and Sandler, JJ.

■ ESTHER MARGOLIS, Appellant, v STEPHEN ROSEN, Respondent.—Order, Supreme Court, New York County, entered on January 27, 1977, unanimously affirmed for the reasons stated by Ascione, J., at Special Term, without costs and without disbursements. Concur—Kupferman, J. P., Lupiano, Birns, Evans and Sullivan, JJ.